## UNITED STATES *v.* MANUEL ARTS PRESS

**No. 4609.**—Invoice dated London, England, March 11, 1938.
Entered at Peoria, Ill., April 6, 1938.
Entry No. 75–P.

(Decided June 21, 1939)

*Webster J. Oliver*, Assistant Attorney General (*Samuel D. Spector*, special attorney), for the plaintiff.
*C. A. Bennett* for the defendant.

KEEFE, Judge: This appeal for a reappraisement is brought by the collector against the appraiser's action in appraising certain books at the entered price of 4s. 6d. each less trade discount as invoiced, plus cost of case as invoiced.

It was agreed between counsel that the value of the books in question is represented by the invoice *per se* price, less a discount of 33⅓ per centum, plus cases as invoiced.

In view of the record, I find that the value of the books is 4s. 6d. each, less 33⅓ per centum, plus cases as invoiced. Judgment will therefore be entered in favor of the plaintiff accordingly.